In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v ANTONIA C. NOVELLO, M.D., as Commissioner of Health of State of New York, et al., Respondents.

Submitted March 14, 2005; decided March 24, 2005

Motion by New York Association of Homes and Services for the Aging for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted February 28, 2005; decided March 24, 2005

Motion by New York State Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief may be served and 20 copies filed within 10 days.